# Order

Michigan Supreme Court
Lansing, Michigan

December 19, 2018

Stephen J. Markman,
Chief Justice

158196 & (79)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant/
    Cross-Appellee,

v

    SC: 158196
    COA: 331809
    Lapeer CC: 12-010954-FC

KENNETH CARL GRONDIN, III,
    Defendant-Appellee/
    Cross-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 12, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk

p1212